UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN ALLIANCE BANK, an
Arizona Corporation          ,

Plaintiff(s),

v.

C6 CAPITAL LLC, a New York limited
liability company; C6 CAPITAL
FUNDING, LLC, a Utah limited liability
company; and DOES 1 through 25,
inclusive                    ,

Defendant(s).

Case No. 5:26-cv-00443

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James T. Schmidt, Jr., an active member in good standing of the bar of
the Supreme Court of Missouri, hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: Plaintiff Western Alliance Bank in the
above-entitled action. My local co-counsel in this case is Jay M. Ross, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California. Local co-counsel's bar number is: 151750.

2345 Grand Blvd., Suite 2200, Kansas City, MO 64108
MY ADDRESS OF RECORD

70 S. First Street, San Jose, CA   95113
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

816-460-5863
MY TELEPHONE # OF RECORD

408-286-9800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

james.schmidt@lathropgpm.com
MY EMAIL ADDRESS OF RECORD

jay.ross@lathropgpm.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 76003.

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 time in the 12 months
preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2026                                          /s/ James T. Schmidt, Jr.
                                                                APPLICANT
                                                                James T. Schmidt, Jr.

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  James T. Schmidt, Jr.        is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  J a n u a r y   3 0 ,   2 0 2 6



UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021                                          2