✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern                          **District of**                          California

| | |
|---|---|
| Western Alliance Bank | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| C6 Capital, LLC | **CASE NUMBER:**  5:26-cv-00443 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, C6 Capital, LLC substitutes
(Party (s) Name)

Jill S. David , State Bar No. 271089 as counsel of record in
(Name of New Attorney)

place of   R. Paul Barkes .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       JDavid Law Practice, APC

Address:          1600 Rosecrans Avenue, Building 7, 4th Floor, Manhattan Beach, CA 90266

Telephone:       (310) 727-3530                Facsimile  (310) 873-5891

E-Mail (Optional):   jdavid@jdavidlaw.com

I consent to the above substitution.                         Managing Partner

Date:                5/18/2026

(Signature of Party (s))

I consent to being substituted.

Date:                5/18/2026                    *R. Paul Barkes*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:                5/18/2026                    *Jill S. David*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                May 19, 2026

Edward J. Davila
United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**